AO 91 (Rev. 02/09) Criminal Complaint

AUSA Dawn N. Ison
Special Agent Michael Rose, I.C.E.

NWI  4

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

D-1 ALEJANDRO RAMOS-ANDRADE
D-2 ISRAEL OREA-REYES
D-3 OMAR CARILLO-VILLAGRANA
D-4 TEODORO OROZCO-GONZALEZ

Case: 2:10-mj-30217
Judge: Unassigned,
Filed: 06-08-2010 At 04:54 PM
CMP: Alejandro Ramos-Andrade, et al
. (jj)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of ___April 14, 2010___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant violated __21__ U.S.C. § __841(a)(1) and 846__, an offense described as follows:

Conspiracy to possess with intent to distribute and to distribute 2 kilograms of cocaine, a Schedule II controlled substance.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael T Rose   Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/18/10

City and state: Detroit, MI

_____
Judicial Officer signature

Virginia M. Morgan
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT

### Eastern District of Michigan, Southern Division

# Affidavit

I, Michael Rose, Special Agent, being duly sworn, depose and state the following:

1. I am a Special Agent with the U.S. Department of Homeland Security, I.C.E. (DHS-ICE) Office of Investigations, having been so designated since May of 2005. I am a graduate of Michigan State University and the federal Law enforcement Training Center in Glynco, Georgia. As part of my daily duties as a DHS-ICE Special Agent, I investigate criminal violations relating to the smuggling of controlled substances.

2. This affidavit is made in support of a criminal complaint against Alejandro RAMOS-Andrade, Israel OREA-Reyes, Omar CARILLO-Villagrana and Teodoro OROZCO-Gonzalez for violations of Title 21 of the United States Code, Sections 841(a)(1), which prohibits the possession with intent to distribute a controlled substance, and 846 which prohibits a person from attempting or conspiring to violate Section 841(a)(1).

3. The facts set forth in this affidavit are based upon information I have obtained through my own observations and information I obtained from other law enforcement officers. I have not set forth all of the information learned in this investigation, but only the information necessary to show probable cause that Alejandro RAMOS-Andrade, Israel OREA-Reyes, Omar CARILLO-Villagrana and Teodoro OROZCO-Gonzalez have violated 21 USC 841(a)(1) and 21 USC 846.

4. On April 14, 2010, an Immigration and Customs Enforcement Special Agent acting in an undercover capacity met Alejandro RAMOS-Andrade and Israel OREA-Reyes at a restaurant in Taylor, Michigan to discuss a cocaine transaction. OREA-Reyes and RAMOS-Andrade offered to sell the U/C five kilograms of cocaine for the price of $34,000 per kilogram.

5. On several occasions between April 14, 2010 and June 2, 2010, RAMOS-Andrade and OREA-Reyes made telephone contact with the U/C in an attempt to continue the cocaine transaction.

6. On June 2, 2010, the U/C met with RAMOS-Andrade and OREA-Reyes at the Home Depot in Taylor, Michigan. During the meeting, RAMOS-Andrade produced a plastic bag which contained cocaine. OREA-Reyes took the bag, unwrapped the contents and provided it to the U/C. The contents were later processed by agents and field tested positive for cocaine. The weight of the cocaine was approximately 326

grams.

7. Prior to the meeting on June 2, 2010, Agents had conducted surveillance of OREA-Reyes and RAMOS-Andrade and observed them exit a home located at 441 Colonial Street in Detroit, Michigan. Agents maintained surveillance as they travelled to Taylor, Michigan, met with the U/C and then returned to 441 Colonial and entered residence.

8. On June 4, 2010, the Detroit Police Department conducted a state search warrant at 441 Colonial, Detroit, Michigan. Officers seized a scale and approximately 18 grams of cocaine from a bedroom in the basement of the home. Officers also found documents in the basement to indicate that the room was occupied by RAMOS-Andrade.

9. On June 7, 2010, the U/C made telephone contact with RAMOS-Andrade. During that conversation, RAMOS-Andrade indicated that he would be able to provide the U/C with two kilograms of cocaine on the morning of June 8, 2010.

10. At approximately 9:30a.m., on June 8, 2010, RAMOS-Andrade contacted the U/C via telephone and indicated that he had cocaine and wanted to meet with the U/C as soon as possible. The U/C and RAMOS-ANDRADE made arrangements to meet at the Home Depot, located on Eureka Road in Taylor, Michigan.

11. Upon their arrival at the Home Depot, agents observed a green Mazda Tribute in the parking lot. Agents recognized the vehicle as a vehicle that had previously observed while conducting surveillance on OREA-Reyes. Agents also observed a green Chevrolet Impala, bearing North Carolina license plates. The U/C made contact with the occupants of the Mazda, Alejandro RAMOS-Andrade, Israel OREA-Reyes and Omar CARILLO-Villagrana, who indicated that they had seen police in the area and wanted to move to a different location.

12. Agents observed as the Mazda and the Chevrolet drove in tandem approximately one mile west to the Southland Mall. Once there, the vehicles separated and the Mazda parked near the Best Buy store. The Chevrolet parked away from the Mazda in a location that allowed a view of the main roads near the parking lot.

13. The Mazda parked next to the U/C's vehicle. OREA-Reyes exited the driver's seat and retrieved a white paper McDonald's bag from the rear of the vehicle. OREA-Reyes then handed the bag through the window of the U/C vehicle to the U/C. Following this, OREA-Reyes, RAMOS-Andrade, CARILLO-Villagrana entered the U/C vehicle. After a short conversation, agents observed as the U/C exited the vehicle, placed the McDonalds bag into the rear hatch area of the U/C vehicle and walked away. At that time, all three individuals were arrested. Agents also arrested the sole occupant of the Chevrolet, OROZCO-Gonzalez.

14. Agents retrieved the McDonalds bag from the U/C vehicle and observed two plastic wrapped bricks of suspected cocaine in the bag. The substance contained in the plastic wrap tested positive for cocaine. The gross weight of the cocaine was approximately 2 kilograms.

Based on the forgoing, your affiant believes that probable cause exists that Alejandro RAMOS-Andrade, Israel OREA-Reyes, Omar CARILLO-Villagrana and Teodoro OROZCO-Gonzalez have violated 21 USC 841(a)(1) and 21 USC 846.

_____
**Michael Rose**
**Special Agent**
**U.S. Department of Homeland Security**
**I.C.E. – Office of Investigations**

**Subscribed and sworn to before me**
**This the 8th day of June, 2010**

_____
**Honorable Virginia M. Morgan**
**United States Magistrate Judge**